**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| VICTOR RODRIGUEZ, individually and on behalf of all other similarly situated,<br>v.<br>CORUS BANK, N.A., | **FILED: JUNE 19, 2008**<br>**08CV3511**<br>**JUDGE ASPEN**<br>**MAGISTRATE JUDGE BROWN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| NAME (Type or print) |
|---|
| Allison A. Krumhorn |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Allison A. Krumhorn |

| FIRM |
|---|
| Consumer Advocacy Center, P.C. |

| STREET ADDRESS |
|---|
| 180 West Washington Street, Suite 700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277823 | 312.782.5808 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |