# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| VICTOR RODRIGUEZ, individually and on behalf of all other similarly situated,<br>v.<br>CORUS BANK, N.A., | **FILED: JUNE 19, 2008<br>08CV3511<br>JUDGE ASPEN<br>MAGISTRATE JUDGE BROWN<br>AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| |
|---|
| NAME (Type or print)<br>Stacy M. Bardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stacy M. Bardo |
| FIRM<br>Consumer Advocacy Center, P.C. |
| STREET ADDRESS<br>180 West Washington Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271913 | TELEPHONE NUMBER<br>312.782.5808 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐