UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Victor Rodriguez
                Plaintiff,

v.                                            Case No.: 1:08–cv–03511
                                                   Honorable Marvin E. Aspen

Corus Bank, N. A.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 6/23/08:Status hearing set for 7/31/2008 at 10:30 AM., in Courtroom 2525. The plaintiff(s) is to notify the defendant of status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.