# United States District Court
# Northern District of Illinois

In the Matter of

Rodriguez

v.

Corus Bank

Case No. 08 C 3511

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **08 C 1746** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____

Judge Elaine E. Bucklo

Dated: August 18, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Elaine E. Bucklo**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____

Chief Judge James F. Holderman

Dated: 8/18/08